**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RAQIM WALKER, derivatively on behalf of INSULET CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>DUANE DESISTO, PATRICK SULLIVAN, CHARLES LIAMOS, BRIAN ROBERTS, ALLISON DORVAL, JOHN FALLON, SALLY W. CRAWFORD, TIMOTHY J. SCANNELL, STEVEN T. SOBIESKI, REGINA SOMMER and JOSEPH ZAKRZEWSKI,<br><br>    Defendants,<br><br>  and<br><br>INSULET CORPORATION,<br><br>    Nominal Defendant. | Civ. A. No. 1:17-cv-10738 |

**PLAINTIFFS' MOTION FOR PRELIMINARY
APPROVAL OF PROPOSED SETTLEMENT AGREEMENT**

Plaintiffs Raqim Walker and Frank Carnazza (collectively, "Plaintiffs"), derivatively on behalf of Insulet Corporation, hereby move, pursuant to Federal Rule of Civil Procedure 23.1(c) for preliminary approval of proposed settlement agreement.  In support of this motion, Plaintiffs have filed the accompanying Memorandum in Support of Motion for Preliminary Approval of Proposed Settlement Agreement and exhibits thereto.

WHEREFORE, for the reasons in the accompanying Memorandum of Law and Declaration in support thereof, Plaintiffs respectfully request that the Court:

1.   Preliminarily approve the settlement;

2.   Approve the form and manner of the Notice; and

3.      Schedule a date for the Settlement Hearing to consider final approval of the Settlement and the requested Fee and Expense Award.

Dated: July 13, 2018

Respectfully submitted,

**LEVI & KORSINSKY LLP**

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (203) 992-4523
shopkins@zlk.com

**HYNES KELLER & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
mhynes@hkh-lawfirm.com
lhernandez @hkh-lawfirm.com

and

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone
Todd H. Henderson
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
stone@bespc.com
henderson@bespc.com
fortunato@bespc.com

*Counsel for Plaintiff Raqim Walker*

**PASTOR LAW OFFICE, LLP**

/s/ *David Pastor*
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 742-9700
dpastor@pastorlawoffice.com


and

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Counsel for Plaintiff Frank Carnazza*

## CERTIFICATE OF SERVICE

I, Shannon L. Hopkins, hereby certify that on July 13, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins